JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>KATHLEEN BLUNT, et al.,<br><br>　　　　Defendants. | Case No. CV 23-3969 FMO (RAOx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 22nd day of August, 2023.

/s/
Fernando M. Olguin
United States District Judge